1 | Brette L. Evans (sbn177042)
Law Office of Brette L. Evans
2 | 255 N. Market St., Suite 110
San Jose, California 95110
3 | TEL: (408) 298-8910
FAX: (408) 298-8911
4 | *Attorneys for Debtor*

**The following constitutes
the order of the court. Signed April 21, 2010**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In re:

GINA GARCIA,

Debtor.

Case Number:   09-61153 RLE

ORDER ALLOWING DEBTOR TO SELL RESIDENTIAL REAL PROPERTY, MOTION TO EMPLOY THE BROKER AND ALLOW BROKER'S COMPENSATION
(912 Fruitdale Place, San Jose, CA 95126)

ON REQUEST FOR SHORTENED TIME

DATE:   April 15, 2010
TIME:   2:00 p.m.
CRTRM:  3099

Debtor's *Motion for Order Allowing Debtor to Sell Residential Real Property, Motion to Employ Broker and Allow Broker's Compensation* came before the Court at the above-stated time, all appearances were as noted on the Court's record herein.

GOOD CAUSE APPEARING, Debtor's application to approve the sale of 912 Fruitdale Place, San Jose, California 95126, (the "real property") is hereby granted, subject to the following:

As a condition of this transaction, the Title Company handling this transaction, Chicago Title Company, shall pay only the following demands/items out of the pending escrow, (Escrow No.: 10-98610760-KS) to allow this transaction to close:

1.     The Loan Payoff settlement of US Bank;

1

2. The Loan payoff settlement of JP Morgan Chase;

3. Normal customary closing costs, real estate commissions and any demand of the Chapter 13 trustee.

4. Broker's Commissions for both Buyer's and Seller's agents.

It is further ordered that the 14-day stay provided by Bankruptcy Rule 6004(h) shall not apply so that the escrow as cited herein may close forthwith.

**IT IS SO ORDERED:**

**\*\*END OF ORDER\*\***

**MAILING LIST**

US Trustee
280 So. First St., Ste. 268
San Jose, CA 95113

Devin Derham-Burk
Chapter 13 Trustee
(Electronically Served)

US Bank
PO Box 5229
Cincinnati, OH 45201-5229

US Bank
PO Box 790415
Saint Luis, MO 63178

US Bank
1099 Lincoln Ave.
San Jose, CA 95125

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850

Gina Anita Garcia
125 Bledsoe Rd.
Dobson, NC 27107-8103

3